IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Landon M. Price, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv360 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Richard K. Jones, Sheriff, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 4, 2013 (Doc. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 21, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for summary judgment (Doc. 19) is **GRANTED**.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court