IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Landon M. Price, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv360 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Richard K. Jones, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 4, 2014 (Doc. 51), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 21, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is dismissed with prejudice.

The Court certifies pursuant to 28 USC §1915(a)(3) that an appeal of any Court Order adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court